No. 86, Misc.  HENDRICKSON *v.* BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON, PENNSYLVANIA. Motion for leave to file petition for writ of certiorari denied.

No. 44, Misc.  SETTLER *v.* MICHIGAN STATE PAROLE BOARD ET AL.  Motion for leave to file petition for writ of prohibition and other relief denied.

No. 49, Misc.  VETTERLI *v.* UNITED STATES.  Petition for allowance of an appeal denied.

No. 69.  BARSKY *v.* BOARD OF REGENTS OF THE UNIVERSITY OF NEW YORK.  Appeal from the Court of Appeals of New York.  Probable jurisdiction noted.  The motion for leave to file brief of Haven Emerson and others, as *amici curiae,* is denied.  *Abraham Fishbein* for appellant.  *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Henry S. Manley,* Assistant Attorney General, for appellee. ■